NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1549, -1550

ORTHO-MCNEIL PHARMACEUTICAL, INC.,

Plaintiff-Appellant,

v.

TEVA PHARMACEUTICALS INDUSTRIES, LTD.,
TEVA PHARMACEUTICALS USA, INC., and BARR LABORATORIES, INC.,

Defendants-Appellees,

and

KALI LABORATORIES, INC., PAR PHARMACEUTICAL COMPANIES, INC.,
and PAR PHARMACEUTICAL, INC.,

Defendants,

and

CARACO PHARMACEUTICAL LABORATORIES, LTD.,

Defendant-Appellee.

Appeals from the United States District Court for the District of New Jersey in
case nos. 04-CV-886 and 06-CV-3533, Judge Dennis M. Cavanaugh.

ON MOTION

ORDER

The parties jointly move for an extension of time, until February 18, 2009, for

Teva Pharmaceuticals Industries, Ltd. et al. and Caraco Pharmaceutical Laboratories,

Ltd. to file their briefs, and an extension of time, until March 30, 2009, for Ortho-McNeil

Pharmaceutical, Inc. to file its response/reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB   9 2009**

———————————————
Date

/s/ Jan Horbaly
———————————————
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 09 2009

JAN HORBALY
CLERK

cc:   Constantine L. Trela, Jr., Esq.
      John L. North, Esq.
      James F. Hurst, Esq.
      Arnold B. Calmann, Esq.

s8

2008-1549, -1550                    2